# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
**v.** ) **Case# 2:15-CR-154-MHH-TMP**
)
**KIMBERLY H. BRANCH** )

## GOVERNMENT'S WITNESS LIST

1. Kelly Clark
2. Katherine Henken-Gerhardt
3. Randy Visser
4. Jeffrey Green
5. Gerald Shepard
6. Greg Boyles
7. Forest Housner
8. Harold Yelverton
9. Scott Ownby
10. Patrick Byrnes
11. Jeff Creecy
12. Richard Frieser
13. Lana Strickland
14. Mark Rainey
15. Alan Baty
16. Adam Hutzell
17. Lisa Fontanette
18. Records Custodian, Nissan North America, Inc.

1

19. Records Custodian, Google, Inc.

20. Records Custodian, Serra Nissan Oldsmobile, Inc.

Respectfully submitted this 31st day of July, 2015.

                                                JOYCE WHITE VANCE
United States Attorney

        /s/
AMANDA S. WICK
Assistant United States Attorney

        /s/
JENNIFER S. MURNAHAN
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that on July 31, 2015, I filed this document electronically with the United States District Court for the Northern District of Alabama using the CM/ECF system and thereby caused a copy to be served on the Defendant's counsel of record.

/s/
AMANDA S. WICK
Assistant United States Attorney