FILED

2015 Sep-03  PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

FILED

AUG 14 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| v. | } | Case No.:  15-cr-154-MHH-TMP |
| | } | |
| KIMBERLY H. BRANCH, | } | |
| | } | |
| Defendant. | } | |

## VERDICT

1.  As to Count One of the Indictment, we, the Jury, find the Defendant Kimberly H. Branch:

Guilty:         ⌄ ____

Not Guilty: _____

2.  As to Count Two of the Indictment, we, the Jury, find the Defendant Kimberly H. Branch:

Guilty:         _____

Not Guilty: ⌄ ____

3.  As to Count Three of the Indictment, we, the Jury, find the Defendant Kimberly H. Branch:

Guilty:         _____

Not Guilty: ⌄ ____

4.      As to Count Four of the Indictment, we, the Jury, find the Defendant

Kimberly H. Branch:

        Guilty:      _____

        Not Guilty: __√__

5.      As to Count Five of the Indictment, we, the Jury, find the Defendant

Kimberly H. Branch:

        Guilty:      _____

        Not Guilty: __√__

6.      As to Count Six of the Indictment, we, the Jury, find the Defendant

Kimberly H. Branch:

        Guilty:      _____

        Not Guilty: __√__

7.      As to Count Seven of the Indictment, we, the Jury, find the Defendant

Kimberly H. Branch:

        Guilty:      _____

        Not Guilty: __√__

8.      As to Count Eight of the Indictment, we, the Jury, find the Defendant

Kimberly H. Branch:

        Guilty:      _____

        Not Guilty: __√__

9.    As to Count Nine of the Indictment, we, the Jury, find the Defendant

Kimberly H. Branch:

Guilty: _____

Not Guilty: __✓__

10.    As to Count Ten of the Indictment, we, the Jury, find the Defendant

Kimberly H. Branch:

Guilty: _____

Not Guilty: __✓__

11.    As to Count Eleven of the Indictment, we, the Jury, find the

Defendant Kimberly H. Branch:

Guilty: _____

Not Guilty: __✓__

12.    As to Count Twelve of the Indictment, we, the Jury, find the

Defendant Kimberly H. Branch:

Guilty: _____

Not Guilty: __✓__

13.    As to Count Thirteen of the Indictment, we, the Jury, find the

Defendant Kimberly H. Branch:

Guilty: _____

Not Guilty: __✓__

14.   As to Count Fourteen of the Indictment, we, the Jury, find the Defendant Kimberly H. Branch:

Guilty: _____

Not Guilty: \_\_√\_\_

15.   As to Count Fifteen of the Indictment, we, the Jury, find the Defendant Kimberly H. Branch:

Guilty: _____

Not Guilty: \_\_√\_\_

16.   As to Count Sixteen of the Indictment, we, the Jury, find the Defendant Kimberly H. Branch:

Guilty: _____

Not Guilty: \_\_√\_\_

14.    As to Count Fourteen of the Indictment, we, the Jury, find the Defendant Kimberly H. Branch:

Guilty:        _____

Not Guilty:    _____

15.    As to Count Fifteen of the Indictment, we, the Jury, find the Defendant Kimberly H. Branch:

Guilty:        _____

Not Guilty:    _____

16.    As to Count Sixteen of the Indictment, we, the Jury, find the Defendant Kimberly H. Branch:

Guilty:        _____

Not Guilty:    _____

4